1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN P. ROONEY
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 3721
4  Telephone:  (559) 497-4000
   Facsimile:  (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              CASE NO.  1:97-CR-05197 LJO

12                        Plaintiff,        **ORDER DISMISSING INDICTMENT AS TO DEFENDANT GUADALUPE SALDONA**

13             v.

14  GUADALUPE SALDONA, et al.,

15                        Defendant.

16

17       For the reasons set forth in the motion to dismiss filed by the United States, the Indictment

18  against defendant **GUADALUPE SALDONA**  is hereby DISMISSED and any outstanding arrest

19  warrant is recalled.

20

21

22  IT IS SO ORDERED.

23     Dated:    **July 24, 2013**                    **/s/ Lawrence J. O'Neill**
                                                    UNITED STATES DISTRICT JUDGE
24

25

26

27

28

                                         1